IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

## QUESTIONNAIRE FOR PRISONERS PROCEEDING PRO SE UNDER 42 U.S.C.§ 1983

2016 DEC 19 AM 9:53

Jonathan J. Rooks
GDC# 1001711696
Rabbi Entrepreneurs of
America, LLC Macon GA

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF)

**Plaintiff(s)**

CIVIL ACTION NO: 5:16-CV-553

VS.

Proctor & Gamble Inc.
1 P&G Plaza
Cincinnati Ohio

(NAME OF EACH DEFENDANT)

**Defendant(s)**

## I. GENERAL INFORMATION

1. Your full name and prison number(s): Jonathan Jerome Rooks 1001711696
2. Name and location of prison where you are now confined: Jenkins Correctional Center 3404 Kent Farm Dr. Millen, GA 30442
3. Sentence you are now serving (how long?): 20 yrs
   (a) What were you convicted of? Cruelty to Children
   (b) Name and location of court which imposed sentence: Bibb County Superior Court Macon, GA
   (c) When was sentence imposed? 1-19-16
   (d) Did you appeal your sentence and/or conviction? ☑ Yes ☐ No
   (e) What was the result of your appeal? Still pending
   (f) Approximate date your sentence will be completed: 10-24-2035

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in any federal or state court dealing with the SAME FACTS involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☒ No

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH.)

(a) Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

(b) Name of Court: _____

_____

(c) Docket Number: _____   When did you file this lawsuit? _____

(d) Name of judge assigned to case: _____

(e) Is this case still pending?   ☐ Yes   ☐ No

(f) If your answer to (e) is "No," when was it disposed of and what were the results?
(DID YOU WIN?  WAS THE CASE DISMISSED?  DID YOU APPEAL?) _____

_____

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. Where are you now confined? **Jenkins Correctional Center**

   (a) How long have you been at this institution? **9 months**

   (b) Does this institution have a grievance procedure?   ☒ Yes   ☐ No

   (c) If your answer to question 6(b) is "Yes," answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
   ☐ Yes   ☒ No

   (2) What was the result? _____

   _____

   (d) If your answer to question 6(b) is "No," explain why not: **The institution cannot help in my business lawsuit for criminal 2 direct infringement.**

(e) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to: I have talked to no one employed at the prison I am currently incarcerated at.

7. In what other institutions have you been confined? Give dates of entry and exit.

## VI. PARTIES TO THIS LAWSUIT

8. List the name and address of each plaintiff in this lawsuit.

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit.
(ATTACH ADDITIONAL PAGES IF NECESSARY)

Proctor & Gamble Inc.
1 P&G Plaza
Cincinnati, Ohio

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, AND DIRECT. If the court needs additional information from you, you will be notified.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.
(USE ADDITIONAL SHEETS, IF NECESSARY)

I have shared trade secrets with Georgia Harden-vice-president, Leon McNair-Product Development, all located at 105 Hwy 49 Joycliff Rd Suite 610 Macon GA United States, Patent & Trademark Office, Also, The Dentist & Association for their endorsement. Is aware that Procter & Gamble has plagiarized my product

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes.
(USE ADDITIONAL SHEETS, IF NECESSARY)

I am asking for 700 million dollars and percentage of all sales of the Oral B Deep Sweep Brush and Pro 3000. If not resolve to my satisfaction, I will take it to trail.

See Attachment

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT. IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE. If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure*.

Signed this 15 day of Nov, 20 16

_____
(Signature of Plaintiff)

Nov 15, 2016 ①

To whom it may concern, I Jonathan J. Rooks President/CEO/Inventor of Rabbi Entreprenurs of America, LLC has been violated criminal & direct infringement of my invention, title RZK Diamondback Toothbrush Collection. by Proctor and Gamble Inc.

For that the said accused, 16 day of May 2016, this is when I discover the offense. The incident took place at Proctor & Gamble Inc. located 1 P&G Plaza, Cincinnati, Ohio.

However, my constitutional rights have been violated when they illegally cloned my product. Their Oral B Deep Sweep brush is a direct replica of the RZK Diamondback single head toothbrush collection.

Moreover, the RZK Diamondback toothbrush system had a patent pending in 2015. Also, it has been published and Digital copyrighed. I have shared trade secerts with Georgia Harden, Vice-President, Leon McNair. Product Development Department, All located at 105 Hwy 49 2901 Joycliff Rd Suite E-10, Macon, Georgia Including, The Dentist Association. for their endorsement.

JZ

Nov 15, 2016 (2)

Therefore, Proctor & Gamble Inc, has commented scrutiny, treacherous act, and willfully infringing our product. By making variety of product like the "Oral B Deep Sweep brush", "Oral B Pro 3000", and also battery operational toothbrushes that they have plagiarized from the R&K Diamondback Toothbrush collection.

As of Nov 15, 2016 Proctor & Gamble Inc, is selling, advertising on TV, magazines, internet and all over the world. They really have took advantage of my company products. We have lost millions of dollars in revenue from this ordeal. I hope and prays that justice will prevail without bias in this case.

Sincerely yours

*[signature]*

Jonathan J. Rooks PCI
President/CEO/Inventor



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 62/116,376 | 02/14/2015 | | 65 | | | |

CONFIRMATION NO. 2434
FILING RECEIPT

Jonathan Jerome Rooks
Endurance Holistic
105 Hwy 49 joycliff Rd.
Suite# E-10
Macon, GA 31211

*OC000000073740058*

Date Mailed: 03/25/2015

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**
             Jonathan Jerome Rooks, Macon, GA;
**Applicant(s)**
             Jonathan Jerome Rooks, Macon, GA;

**Power of Attorney:** None

**If Required, Foreign Filing License Granted:** 03/03/2015
The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 62/116,376**
**Projected Publication Date:** None, application is not eligible for pre-grant publication
**Non-Publication Request:** No
**Early Publication Request:** No
** MICRO ENTITY **
**Title**

             R2K DIAMONDBACK TOOTHBRUSH SYSTEM

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same

## Acknowledgement Receipt

The USPTO has received your submission at **03:11:07** Eastern Time on **14-FEB-2015**.

$ 65 fee paid by e-Filer via *RAM* with Confirmation Number: 6457.

## eFiled Application Information

| | |
|---|---|
| EFS ID | 21504046 |
| Application Number | 62116376 |
| Confirmation Number | 2434 |
| Title | R2K DIAMONDBACK TOOTHBRUSH SYSTEM |
| First Named Inventor | Jonathan Jerome Rooks |
| Customer Number or Correspondence Address | Jonathan Jerome Rooks<br>105 Hwy 49 Joycliff Rd<br>Suite E-10<br>Macon<br>GA<br>31211<br>US<br>4784201895<br>rooksjonathan1@gmail.com |
| Filed By | Jonathan Rooks |
| Attorney Docket Number | |
| Filing Date | |
| Receipt Date | 14-FEB-2015 |
| Application Type | Provisional |

## Application Details

| Submitted Files | Page Count | Document Description | File Size | Warnings |
|---|---|---|---|---|
| aia0001.pdf | 2 | Application Data Sheet | 164868 bytes | ⚠ WARNINGS |
| This is not an USPTO supplied ADS fillable form | | | | |
| aia0014.pdf | 7 | Application Data Sheet | 1560915 bytes | ◆ PASS |
| CME0016.pdf | 2 | Certification of Micro Entity (Gross Income Basis) | 119746 bytes | ◆ PASS |
| R2KD001.pdf | 1 | Drawings-other than black and white line drawings | 829105 bytes | ◆ PASS |
| R2KD002.pdf | 1 | Drawings-other than black and white line drawings | 645384 bytes | ◆ PASS |
| R2KD003.pdf | 1 | Drawings-other than black and white line drawings | 813246 bytes | ◆ PASS |
| R2KD004.pdf | 1 | Drawings-other than black and white line drawings | 1334580 bytes | ◆ PASS |

https://efs.uspto.gov/EFSWebUIUnregistered/EFSAckReceipt?receipt=y&tranID=201502

| File Name | Pages | Description | Size | Status |
|---|---|---|---|---|
| R2KS005.pdf | 1 | Specification | 486140 bytes | PASS |
| R2KS006.pdf | 1 | Drawings-other than black and white line drawings | 566116 bytes | PASS |
| R2KS007.pdf | 1 | Specification | 492832 bytes | PASS |
| fee-info.pdf | 2 | Fee Worksheet (SB06) | 29602 bytes | PASS |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

### New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

### National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

### New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

*If you need help:*

- *To ask questions about Patent e-Filing, or to suggest improvements to the online system, or report technical problems, please call the Patent Electronic Business Center at (866) 217-9197 (toll free) or send email to* EBC@uspto.gov.
- *Send general questions about USPTO programs to the* USPTO Contact Center (UCC).
- *For general questions regarding a petition, or requirements for filing a petition, contact the Office of Petitions Help Desk at 1 800-786-9199.*

https://efs.uspto.gov/EFSWebUIUnregistered/EFSAckReceipt?receipt=v&tranID=201502...   2/14/2015

# R2K DIAMONDBACK TOOTHBRUSH COMPONENTS



1. 2 Double Reversible brushes
2. 3 Sliding doors
3. Swivel
4. Durable Plastic Body
5. Toothpaste Slide Latch
6. Mouthwash Cap
7. Cylinder for Water
8. Water Cap
9. Cylinder for toothpaste
10. Bottom Rotation Case
11. End Spool of floss
12. Tube & Clip
13. Cylinder for Mouthwash

Respectfully,
Jonathan F. Rooks





# R2K DIAMONDBACK TOOTHBRUSH INSIDE FUNCTIONALITY VIEW



- R2K One Hole Mechanism for the right side of toothbrush Head
- R2K Three Hole Mechanism for the Middle of toothbrush Head
- Inside Mouthwash Container
- R2K Hole Mechanism on toothpaste container
- Oscillating Bottom for Container
- Bott fl(
- R2K Hole Mechanism for he Left side of toothbrush Head
- Inside Mouthwash Container
- Inside Base
- Inside Base for toothpaste tube for container
- Inside Toothbrush Container
- Side Latch
- Side Me< con

The functionality of the R2K Diamondback toothbrush System as you can see in the illustration down below. The toothpaste is in the of the base. On the container there are three holes. The middle open hole is for the toothpaste to be push up by the Latch attached made container, so the toothpaste can go through the attachable PVC Durable tube.

Once the toothpaste get at the head of the toothbrush. Then the toothpaste go through the attachable brush tube in 3 directions to s to right at the same time; Onto the top of the head of the toothbrush which have 3 holes for the middle brush, one hole for the left b for the right brush. Finally, the toothpaste is on the top of the bristle ready for usage.

The functionality of the mouthwash container, it screw onto the special design toothpaste container, on the other end which is the to toothbrush, it snaps in place with a lock in mechanism. The functionality of the mouthwash container, it screw onto the special desig container, on the other end which is the top of the toothbrush, it snaps in place with a lock in mechanism.

Create a site!

# R2K NEW DEVELOPMENT COMPANY, LLC
## *Where New Technology Lives*

HOME      PORTFOLIO



**USPT(**

Rabbi Entre|
a patent per
Diamondba(
reproduce tl
then you ha
permitted if
America, LL
head toothb
Macon Geor
USPTO locat
States Depa
Patent and
for Patent P
1450. If you
call our offic
at 478-420-

We're sorry, this content cannot be displayed. Please try again later.

**This site was created using WIX.com. Create your own for FREE >>**

